
BEF: USAO2011R00138


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 12  P 2: 57

CLERK'S OFFICE
AT [illegible]
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. **JFM 14 CR 0231** |
| **JENNIFER RODRIGUEZ,** | * | (Conspiracy to Defraud the Government, 18 U.S.C. § 286) |
| Defendant | * | |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

### Introduction

1. Defendant **JENNIFER RODRIGUEZ** ("**RODRIGUEZ**") was a resident of Maryland and was engaged in the business of preparing federal and state individual income tax returns through her business known as Latin Multi Services, located at 1620 Elton Road, #202, Silver Spring, Maryland.

2. The Internal Revenue Service was an agency of the United States Department of Treasury.

### The Conspiracy

3. Between in or about March 2010 and in or about January 2012, in the District of Maryland and elsewhere, the defendant,

**JENNIFER RODRIGUEZ,**

did knowingly and willfully conspire, combine, confederate and agree with others, including Bruno Rodriguez to defraud the United States and the United States Treasury Department, by obtaining and aiding to obtain the payment and allowance of false, fictitious and fraudulent claims.

### Object of the Conspiracy

4. The object of the conspiracy was to obtain payment of false claims for refunds from the IRS by filing false income tax returns claiming refunds to which the defendant knew she was not entitled.

### Manner and Means of the Conspiracy

5. It was part of the conspiracy that defendant **RODRIGUEZ** carried out the object of the conspiracy and agreed to participate in, and participated in, a scheme to obtain the payment of false claims for tax refunds from the IRS by using the names and social security numbers of individuals, their children and other family members ("the victims"), without their knowledge or consent, to file false and fraudulent claims for federal income tax refunds to which defendant **RODRIGUEZ** was not entitled.

6. It was a further part of the conspiracy that coconspirator Bruno Rodriguez and the husband of defendant **RODRIGUEZ** obtained from another conspirator the names, social security numbers, birth dates ("collectively "PII") of the victims, many of whom were residents of Puerto Rico and were not required to file federal income tax returns so long as all of their income was derived from Puerto Rican sources.

7 It was a further part of the conspiracy that **RODRIGUEZ** prepared and filed approximately 291 false and fraudulent income tax returns in the victims' names in Maryland and submitted them electronically to the IRS Service Center in Andover, Massachusetts. These returns listed the tax payers' home addresses as either the defendant's own home address in Maryland, a variation of the business address for Latin Multi Services or the business address for a business owned by coconspirator Bruno Rodriguez.

8. It was a further part of the conspiracy that **RODRIGUEZ** requested that the IRS send the tax refund payments to several Sun Trust bank accounts controlled by **RODRIGUEZ** and coconspirator Bruno Rodriguez.

18 U.S.C. § 286

*Rod J. Rosenstein /DEZ*
Rod J. Rosenstein
United States Attorney

Dated: May 9, 2014